**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 94-1983**

———————————

CHARLES HOWARD STRAHLER, JR.; PATRICIA ANN
STRAHLER; RUTH V. STRAHLER, Officer,

                                     Plaintiffs - Appellants,

       and

WIRTH-STRAHLER & SON, INCORPORATED,

                                     Plaintiff,

       versus

COMPTROLLER OF THE TREASURY, Sales and Use Tax
Division; THOMAS J. MACE; ASSISTANT STATE
COMPTROLLER; DEBORAH B. BACHARACH; ASSISTANT
ATTORNEY GENERAL, Sales and Use Tax Division,

                                 Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-94-
864-L)

———————————

Submitted: February 13, 1996      Decided: March 26, 1996

———————————

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Charles Howard Strahler, Jr., Patricia Ann Strahler, Ruth V. Strahler, Appellants Pro Se.  Sheldon Howard Laskin, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's orders dismissing their notice of removal, and denying their Fed. R. Civ. P. 60(b) motion for reconsideration. We have reviewed the record and the district court's orders, and find no reversible error. Accordingly, we affirm the district court's dismissal of Appellants' notice of removal, and its denial of Appellants' motion for reconsideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED